THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JAMES MCALPHIN, ADC #88328**                                                                                    **PLAINTIFF**

v.                       Case No. 5:19-cv-00189-KGB

**ESTELLA BLAND, Advanced Nurse Practitioner, and**
**CORRECT CARE SOLUTIONS**                                                                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff James McAlphin's claims are dismissed without prejudice. The relief requested is denied.

It is so adjudged this 22nd day of January, 2020.

_____
Kristine G. Baker
United States District Judge